## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| NATALIE REYES and VERNON MATTHEWS, both Individually and as Mother and Father and as Heirs of the Estate of their Deceased Child, VERNON MATTHEWS, JR., §§§§§§§§§§§§§ | |
| *Plaintiffs*, | CIVIL ACTION No. 1:19-CV-00458-LY |
| v. | |
| THE UNITED STATES OF AMERICA, | |
| *Defendant*. | |

## JOINT DISCOVERY PLAN

Plaintiffs Natalie Reyes and Vernon Matthews, both individually and as mother and father and as heirs of the estate of their deceased child, allege that employees or agents of Defendant the United States of America acted negligently in providing prenatal and obstetric care to plaintiff Natalie Reyes while she was incarcerated in federal custody. According to Plaintiffs, the acts and/or omissions of those employees or agents resulted in the death of Plaintiffs' newborn son. Plaintiffs filed suit under the Federal Tort Claims Act to recover for their alleged damages.

Pursuant to Federal Rule of Civil Procedure 26(f), the parties to this action have conferred and submit the following discovery plan.

1. **Initial Disclosures:** The parties will exchange initial disclosures under Rule 26(a)(1) by **September 30, 2019**.

2. **Subjects on Which Discovery May Be Needed:** The parties do not intend to modify the scope of discovery as prescribed by Federal Rule of Civil Procedure 26(b)(1). Subject to Rule 26(b)(1), the parties anticipate discovery may be needed on:

   a. Plaintiffs' physical health before and after the birth of the child;

   b. Plaintiffs' medical treatment and care, past and future;

   c. Plaintiffs' injuries, harms and losses;

   d. Plaintiffs' efforts to mitigate their damages.

3. **When Discovery Should Be Completed: May 31, 2020**.

4. **Whether Discovery Should Be Phased or Limited:** The parties do not anticipate any need to phase or to limit discovery.

5. **Electronically Stored Information:** The parties do not anticipate the need for very substantial discovery of electronically stored information. The parties have agreed to produce all documents in portable document format (pdf) in the first instance. Electronically stored information will be produced in searchable pdf format. If electronically stored information is subsequently requested in native file format, the producing party will comply with that request. If any of these conditions for production are impossible for a particular document or material, the parties will work together in attempt to reach a mutually agreeable resolution before seeking the Court's intervention. The parties agree to apply a Bates stamp to all documents produced in discovery.

6. **Claims of Privilege or of Protection as Trial-Preparation Materials:** The parties will assert applicable privileges and protections in their responses to discovery requests. Should a protective order become necessary to shield information from public dissemination, the

parties will make their best effort to submit an agreed order to the Court, using the model order from the Local Rules as a primary source.

      7.    **Changes to Limitations on Discovery:** The parties will abide by the limits on discovery in the Federal Rules of Civil Procedure.

      8.    **Other Orders:** The parties do not anticipate the need for other discovery-related orders at this time.

Dated: August 21, 2019	Respectfully submitted,

**JOHN F. BASH**
United States Attorney

By:	 */s/ Liane Noble*
**LIANE NOBLE**
Assistant United States Attorney
State Bar No. 24079059
**KRISTINA BAEHR**
Assistant United States Attorney
State Bar No. 24080780
U.S. Attorney's Office
903 San Jacinto Blvd., Suite 334
Austin, Texas  78701
(512) 370-370-1252 (phone)
(512) 916-5854 (fax)
Liane.Noble@usdoj.gov

**ATTORNEYS FOR DEFENDANT
UNITED STATES OF AMERICA**


**THE MELTON LAW FIRM, PLLC**

By:	 */s/ John F. Melton*
**JOHN F. MELTON**
2705 Bee Cave Road, Suite 220
Austin, Texas  78746
Phone: (512) 330-0017
Fax: (512) 330-0067
Email: Jmelton@jfmeltonlaw.Com

**ATTORNEY FOR PLAINTIFFS**

4

## **CERTIFICATE OF SERVICE**

I certify that on August 21, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record in this case.

                                                     */s/ Liane Noble*
                                                     Liane Noble
                                                     Assistant United States Attorney